James D. Burnside III   #75977
DOWLING, AARON & KEELER, INC.
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California  93729-8902
Tel: (559) 432-4500/Fax: (559) 432-4590
Email:  jburnside@daklaw.com

Attorneys for Defendant FEDERAL DEPOSIT INSURANCE CORPORATION in its capacity as Receiver of AMTRUST BANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| GERALD LACAP and GRACE MESDE LACAP,<br><br>           Plaintiffs,<br><br>vs.<br><br>HILLSBOROUGH MORTGAGE CO., LLC; FEDERAL DEPOSIT INSURANCE CORPORATION in its capacity as Receiver of AMTRUST BANK; and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No.  1:11-cv-00266 OWW<br><br>**ORDER GRANTING MOTION TO DISMISS AND ORDER AND JUDGMENT OF DISMISSAL** |

For the reasons set forth in the Memorandum Decision dated July 13, 2011 and filed herein on July 15, 2011 as Document 11,

IT IS ORDERED that the Motion to Dismiss filed by Defendant FEDERAL DEPOSIT INSURANCE CORPORATION in its capacity as Receiver of AMTRUST BANK be and the same hereby is granted, and Plaintiffs' action as against Defendant FEDERAL DEPOSIT INSURANCE CORPORATION in its capacity as Receiver of AMTRUST BANK is hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs take nothing by way of their action as against Defendant FEDERAL DEPOSIT INSURANCE

1  CORPORATION in its capacity as Receiver of AMTRUST BANK and that judgment is hereby
2  entered in favor of said Defendant and against Plaintiffs.
3
4
5
6  IT IS SO ORDERED.
7  Dated:   **August 5, 2011**                              /s/ Oliver W. Wanger
8                                                                              UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

28